IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case:2:16-cr-20629<br>Judge: Cleland, Robert H.<br>MJ: Stafford, Elizabeth A.<br>Filed: 09-15-2016 At 10:14 AM<br>SEALED MATTER (LH) |
| vs.   ) | |
| ) | |
| CHARLES L. DODD JR.,   ) | Offense: 18 U.S.C. § 666(a)(1)(B) |
| ) | (Federal Program Bribery) |
| Defendant.   ) | |
| ) | Statutory Maximum Penalties: |
| ) | Up to 10 years in prison |
| ) | Up to $250,000 fine |
| ) | Up to 3 years of supervised release |

## INFORMATION

THE UNITED STATES CHARGES:

### COUNT ONE
### 18 U.S.C. § 666(a)(1)(B)
### Federal Program Bribery

From in or around October 2014 to in or around February 2016, in the Eastern District of Michigan, the defendant, CHARLES L. DODD JR., while an agent of a local government, namely the City of Detroit, Michigan, did knowingly and corruptly solicit, demand, accept, and agree to accept from another person, namely PERSON C, things of value, namely United States currency, intending to

be influenced and rewarded in connection with a business, transaction, and series of transactions of the City of Detroit with a value of $5,000 or more. The City of Detroit received federal benefits in excess of $10,000 during each of the calendar years 2014, 2015, and 2016.

All in violation of Title 18, United States Code, Section 666(a)(1)(B).

                RAYMOND N. HULSER
                Chief, Public Integrity Section

                /s Robert J. Heberle
                ROBERT J. HEBERLE
                NICHOLAS CONNOR
                Trial Attorneys
                Public Integrity Section
                Criminal Division
                U.S. Department of Justice
                1400 New York Avenue NW
                Washington, DC 20530
                (202) 514-1412
                (202) 514-3003 (fax)
                Email: robert.heberle@usdoj.gov
                        nicholas.connor@usdoj.gov

Date: September 15, 2016

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case:2:16-cr-20629<br>Judge: Cleland, Robert H.<br>MJ: Stafford, Elizabeth A.<br>Filed: 09-15-2016 At 10:14 AM<br>SEALED MATTER (LH) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

### Companion Case Information

**Companion Case Number:**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

**Judge Assigned:**

☐ Yes   ☒ No

**AUSA's Initials:** _RJH_

**Case Title:** USA v. Charles L. Dodd Jr.

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

_____Indictment/ ✓ Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number:                    ]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Charles L. Dodd Jr. | 18 U.S.C. § 666(a)(1)(B) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 15, 2016
Date

Robert J. Heberle
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
Fax:   (202) 514-3003
E-Mail address: robert.heberle@usdoj.gov
Attorney Bar #: 24074384 (Texas)

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.